UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SCOTT DEES                                              CIVIL ACTION

VERSUS                                                  NUMBER:

INTERMOOR, INC., TIDEWATER MARINE, LLC     SECTION:
a.k.a. SONATIDE and CHEVRON U.S.A., INC. a.k.a.
CABINDA GULF OIL COMPANY                      MAGISTRATE


SEAMAN'S COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Scott Dees, a person of the full

age of majority and a resident and citizen of the State of Louisiana, who files this Seaman's

Complaint for Damages and alleges:

1.

This action arises under the Jones Act, 46 U.S.C. Section 30104, and the General Maritime

Law, 28 U.S.C. Section 1333.

2.

Made defendants are: INTERMOOR, INC., TIDEWATER MARINE, LLC a.k.a.

SONATIDE and CHEVRON U.S.A. INC. a.k.a. CABINDA GULF OIL COMPANY, corporations

1

organized under the laws of various States and doing business within the Eastern District of Louisiana.

3.

Defendant INTERMOOR, INC. (hereafter Intermoor) employed Scott Dees as a vessel coordinator/anchor handler and assigned him to work aboard, prepare, plan and perform anchor handling duties aboard various vessels under the common ownership of defendant TIDEWATER MARINE, LLC a.k.a. SONATIDE (hereafter Tidewater) or one of its parent, subsidiary or affiliated legal entities and under the direction and control of defendant CHEVRON U.S. A., INC. a.k.a. CABINDA GULF OIL COMPANY (hereafter CABGOC), or one of their parent, subsidiary or affiliated legal entities.

4.

Scott Dees contends as Intermoor assigned him to vessels under the common ownership and/or control of defendant Tidewater that he is entitled to both the protection of the Jones Act and owed the warranty of seaworthiness.

5.

On or about June 13, 2010 Scott Dees, while on board the M/V DU MOULIN TIDE, owned and/or operated by Tidewater, and assigned to perform vessel coordinator/anchor handling duties, sustained severe and disabling injuries when a wire cable struck his right leg, said injuries directly caused by the combined negligence of all defendants in the following non-exclusive particulars:

      a.      Failing to provide him with a safe place to work;

      b.      Failing to maintain the subject vessel in a condition reasonably fit for her intended

use, by the improvidence and unfitness of her officers, owners and crew;

c.      Failing to provide appropriate and sufficient equipment and personnel to perform

the task being performed at the time of his injury;

d.      Failing to provide proper supervision and training;

e.      Failing to provide timely and appropriate cure and;

f.      All other negligent acts established through the discovery process and/or shown at

trial of the merits.

6.

Concurrently and/or alternatively, Scott Dees shows that all of the aforementioned acts in

paragraph 5 rendered the M/V DU MOULIN TIDE unseaworthy, causing his injuries, and

defendants are liable for his injuries for defendants' breach of the warranty of seaworthiness

owed to him by defendants.

7.

Scott Dees suffered injury, primarily to his right leg as well as his mind necessitating

evaluation and treatment with various medical providers,  has been caused and will continue to

suffer physical, mental and emotional pain and suffering, past loss of wages, future impairment

of wage earning capacity, loss of life's enjoyment, permanent disability, medical expenses and

such other losses, past, present and future, as are provided for by law and accordingly Scott Dees

prays for all damages as are reasonable, just and necessary.

8.

Defendants arbitrary, capricious , willful, wanton, callous and/or unreasonable conduct in

failing to provide prompt and appropriate cure entitle Scott Dees to receive/recovery such

damages as are provided for by law.

WHEREFORE, Scott Dees further demands judgment against defendants Intermoor, Inc.,
Tidewater Marine, LLC a.k.a. Sonatide and Chevron U.S.A. a.k.a. Cabinda Gulf Oil Company,
Inc., jointly and *in solido* for all compensatory and damages as are reasonable, just and necessary
and attorney's fees, costs and damages incurred as a result of defendant's arbitrary, capricious,
willful, wanton, callous and/or unreasonable failure to provide timely cure to Scott Dees and any
other recoverable damages permitted by law, all taxable costs and all other legal and equitable
relief to which Scott Dees is due.

Respectfully Submitted,


Of Counsel                                  */s/ Christopher B. Siegrist*
PITMAN BROUSSARD                            CHRISTOPHER B. SIEGRIST (#9200)
Email: pam@pitmanbroussard.com              407 Roussell Street
                                            Houma, Louisiana 70360
                                            Telephone: (985) 879-2427
                                            Fax: (985-879-4367
                                            Email: lawyersiegrist@siegristlaw.com
                                            Counsel for Scott Dees

PLEASE SERVE:

INTERMOOR, INC.  through its registered agent:
        CT Corporation System
        5615 Corporate Blvd., Ste 4008
        Baton Rouge, LA 70808

TIDEWATER MARINE, LLC through its registered agent:
        S.O.P., Inc.
        601 Poydras St., Ste 1900
        New Orleans, LA 70130-6040

CHEVRON U.S.A., INC. through its registered agent:
        The Prentice-Hall Corporation System, Inc.
        320 Somerulos Street
        Baton Rouge, LA 70802-6129

5