UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SCOTT DEES                                    CIVIL ACTION

VERSUS                                        NO: 11-1389

INTERMOOR, INC., et al.                       SECTION: "J" (3)

<u>ORDER</u>

Considering the parties' **Joint Motion to Dismiss (Rec. Doc. 130),**

**IT IS ORDERED** that above-captioned case and all claims set forth therein, including the original complaint of the plaintiff, all cross-claims and third party demands filed by the defendants, and any and all supplements and/or amendments of any of the said pleadings, be and are hereby **DISMISSED**, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana this 26th day of August, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1